828

No. 238. RAFTER *v.* NEWARK INSURANCE Co. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Jerome Murray* for respondent.

No. 243. BRENNAN *v.* SELLERS. C. A. 10th Cir. Certiorari denied.

No. 255. CITY OF CANTON ET AL. *v.* PUBLIC UTILITIES COMMISSION OF OHIO ET AL. Sup. Ct. Ohio. Certiorari denied. *James L. Harkins, Jr.,* for petitioners. *William B. Saxbe,* Attorney General of Ohio, and *J. Philip Redick* and *Langdon D. Bell,* Assistant Attorneys General, for Public Utilities Commission of Ohio, and *Walter J. Milde* for East Ohio Gas Co., respondents.

No. 256. VON HARDENBERG ET AL. *v.* KATZENBACH ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. *Thomas P. Sullivan* for petitioners. *Solicitor General Marshall,* Assistant Attorney General *Douglas, David L. Rose* and *Robert V. Zener* for Katzenbach, and *W. Donald McSweeney* for Northern Trust Co., respondents.

No. 264. CONTRACT CARRIERS, INC., ET AL. *v.* MARKIEWICZ ET AL. C. A. 7th Cir. Certiorari denied. *Aribert L. Young* and *Robert J. Wampler* for petitioners. *Alex M. Clark* for Markiewicz et al., and *Robert S. Smith* and *Wilbert McInerney* for Greyhound Corp. et al., respondents.

No. 261. RUSKIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. Edward Worton* for petitioner. *Solicitor General Marshall,* Assistant Attorney General *Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.